**F I L E D**
CLERK, U.S. DISTRICT COURT

3/29/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RAM_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No.: 2:11-CR-00492-MWF-8
                            )
                Plaintiff,  )   ORDER OF DETENTION PENDING
                            )   FURTHER REVOCATION
        v.                  )   PROCEEDINGS
                            )   (FED. R. CRIM. P. 32.1(a)(6); 18
Bernard Christian Gomez III )   U.S.C. § 3143(a)(1))
                            )
                Defendant.  )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CENTRAL___ District of ___CALIFORNIA___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

      (×)  information in the Pretrial Services Report and Recommendation

      (×)  information in the violation petition and report(s)

      (×)  the defendant's nonobjection to detention at this time

      (  )  other: _____

1

1    and/ or

2    B. (✗)    The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the safety

4    of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6         (✗)    information in the Pretrial Services Report and Recommendation

7         (✗)    information in the violation petition and report(s)

8         (✗)    the defendant's nonobjection to detention at this time

9         (  )    other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  March 29, 2022

15   _____
     KENLY KIYA KATO
     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28